■ 767 THIRD AVENUE LLC et al., Plaintiffs, v ORIX CAPITAL MARKETS, LLC, Appellant. FLUSHING SAVINGS BANK, F.S.B. et al., Nonparty Respondents. [810 NYS2d 657]—Appeal from order, Supreme Court, New York County (Bernard J. Fried, J.), entered September 30, 2005, which granted nonparty respondents' motions to quash defendant's subpoenas, unanimously dismissed as academic, without costs.

The appeal has been rendered academic by our dismissal of

the complaint in Appeal No. 7505-06 (26 AD3d 216 [2006]). Concur—Saxe, J.P., Marlow, Gonzalez, Catterson and McGuire, JJ.